# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In Re: § Case No. 21-51520
§
§
§ Chapter 7
deeproot Tech, LLC §

## LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

/s/ Robert Mueller, Manager of Debtor    12/10/21
Debtor                                    Date

_____    _____
Joint Debtor                              Date