## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Chapter 7** |
| **DEEPROOT CAPITAL** | § | |
| **MANAGEMENT, LLC, ET AL.,**[1] | § | **Case No. 21-51523-MMP** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Debtors deeproot Capital Management, LLC, *et al*. (the "Debtors"), as debtors in jointly administered above-captioned chapter 7 cases, with the assistance of their attorneys, are filing Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the Bankruptcy Court for the Western District of Texas, San Antonio Division (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers regarding the Debtors Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of the Debtors.

The information contained in the Schedules and Statements was prepared based on the best information available and to the Debtors' knowledge and belief. The Debtors and their agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc. (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot BonusGrowth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents and attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents and attorneys be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents and attorneys are advised of the possibility of such damages.

Manager Robert J. Mueller has signed each of the Schedules and Statements. Mr. Mueller is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Mueller has relied upon unaudited, unreconciled financials and has had limited access to data and documents. Mr. Mueller has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

**1. Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Statement and Schedules from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") descriptions or designations; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Statement and Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by any of the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtors against which the Claim is listed. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 7 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

**2. Description of the Case and "As Of" Information Date.** On December 9, 2021 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 7 of the Bankruptcy Code. On December 20, 2021, an Order Granting Motion for Joint Administration [Dkt. No. 20]

was entered directing joint administration of the Debtors' chapter 7 cases. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

Unless otherwise indicated, the asset information provided herein represents the asset data as of the close of business on December 31, 2020. Unless otherwise indicated, the liability information represents the liability data of the Debtors as of the close of business on December 31, 2020. The asset and liability data is unaudited, but the Debtors believe such data is the most accurate data available to the Debtors as of the Petition Date.

**3. Estimated Value of Assets.** Unless otherwise indicated, the asset data contained in the Schedules and Statements reflect book value as of July 8, 2021. Book values of assets prepared in accordance with GAAP generally do not reflect the current market value of the assets and may differ materially from the actual value of the underlying assets. Some asset values stated in the Schedules and Statements are estimates based on the best available information available to the Debtors. Unless otherwise noted, the asset values stated in the Schedules and Statements are not based on professional appraisals or any specific valuation methodology.

**4. Recharacterization.** Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity of the Debtors' financial statements and other factors. Accordingly, the Debtors reserve all their rights to re-characterize, reclassify, recategorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available. Disclosure of information in one or more Schedules, one or more Statements question, or one or more exhibits or attachments to the Schedules and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statement, exhibits, or attachments.

**5. Liabilities.** The Debtors has sought to allocate liabilities between themselves based on information currently available to the Debtors. As additional information becomes available, the allocation of liabilities between the Debtors may change. Accordingly, the Debtors reserve all their rights to amend, supplement, or otherwise modify their Statements and Schedules as is necessary or appropriate.

**6. Excluded Assets and Liabilities.** The Debtors may have inadvertently excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, other claims against vendors who could be holding pinball machine parts that belong to the Debtors, net operating loss tax characteristics ("NOLs"), accrued salaries, employee benefit accruals, and accrued accounts payable. In addition, certain immaterial assets and liabilities may have been excluded.

**7. Insiders.** For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors;

and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statements, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

**8. Intellectual Property Rights.** Exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**9. Classifications**. Listing (a) a Claim on Schedule E/F as "priority," or (b) a Claim on Schedule E/F as "unsecured" does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

**10. Claims Description.** Schedule E/F permits the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by any Debtors that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all their rights to dispute, or assert offsets or defenses to, any Claim reflected on their Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

**11. Causes of Action.** Despite making commercially reasonable efforts to identify all known assets, the Debtors may not have listed all its causes of action or potential causes of action against third parties as assets in the Statements and Schedules, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

**12. Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies:

- Undetermined Amounts. The description of an amount as "unknown," "unknown, investigating," "cannot allocate," "cannot value," "N/A," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.
- Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total maybe different than the listed total.
- Liens. Property and equipment listed in the Schedules and Statements are presented with any liens that may attach (or have attached) to such property and equipment, to the best of the Debtors' knowledge, except that liens attaching to substantially all of the Debtors' assets are not noted as to each and every asset listed.

**13. Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**14. Intercompany Payables and Receivables.** Intercompany receivables/payables are set forth on Schedules A/B and E/F, respectively. The listing by the Debtors of any account between a Debtor and any of its Debtor or non-debtor affiliates is a statement of what appears in each respective Debtor's books and records as of December 31, 2020 and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

**15. Employee Addresses.** Employees and director addresses listed in the Schedules and Statements are the last known addresses provided to the Debtors.

**16. Debtor's Address.** For the purposes of the Schedules and Statements, the Debtors' address has been reported as the Debtor's P.O. box in San Antonio, Texas.

**17. Global Notes Control.** In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**<u>Specific Notes with Respect to the Debtors' Schedules of Assets and Liabilities.</u>** The Schedules neither purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflect each of the Debtor's reasonable best efforts to report its assets and liabilities. Moreover, given, among other things, questions about the characterization of certain assets and the valuation and nature of certain liabilities, the Schedules and Statements are not an admission that the Debtors were solvent or insolvent as of the Petition Date or at any time before the Petition Date.

**1. Schedule A/B, Part 5 – Inventory, excluding agriculture assets**
The Debtors have limited access to certain records regarding the pinball machine and pinball parts inventories.

**2. Schedule A/B, Part 7 – Office furniture, fixtures, and equipment; and collectibles**
Current value is based on management's best estimate as of the Petition Date. The value provided on Schedules is the estimated total value of the assets. Values given were not split between Debtors that jointly own the assets.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | deeproot Tech, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-51520 |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1.  Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2.  Cash on hand** | |
| **3.  Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | |
| Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number | |
| None | |
| **4.  Other cash equivalents** *(Identify all)* | |
| 4.1  Check from U.S. Treasury | $63,307.54 |
| **5.  Total of Part 1** | |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $63,307.54 |

### Part 2:   Deposits and prepayments

**6.  Does the debtor have any deposits or prepayments?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7.  Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| None | |

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9.  Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                                       **$0.00**

---

**Part 3:   Accounts receivable**

**10.  Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11.  Accounts Receivable**

11a. 90 days old or less: _____ - _____ = ...... → _____
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old: __$0.00__ - __$0.00__ = ...... → **$0.00**
                       face amount      doubtful or uncollectible accounts

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                       **$0.00**

---

**Part 4:   Investments**

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                                       % of ownership:

**None**

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

---

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

**None**

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    **$0.00**

---

### Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| None | | | | |
| **20. Work in progress** | | | | |
| None | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 pinball machines | 12/31/2020 MM / DD / YYYY | $41,140.47 | | (Unknown) |
| **22. Other inventory or supplies** | | | | |
| 22.1 pinball parts | 12/31/2020 MM / DD / YYYY | (Unknown) | | (Unknown) |

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    **$0.00**

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops — either planted or harvested**

**None**

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

**None**

30. **Farm machinery and equipment** (Other than titled motor vehicles)

**None**

31. **Farm and fishing supplies, chemicals, and feed**

**None**

32. **Other farming and fishing-related property not already listed in Part 6**

**None**

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                                            $0.00

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

| Debtor | deeproot Tech, LLC | Case number (if known) | 21-51520 |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Cubicle Center | $115,000.00 | | (Unknown) |
| Additional Page Total - *See continuation page for additional entries* | | | $0.00 |
| **40. Office fixtures** | | | |
| 40.1 Lockers/Cabinets | $2,000.00 | | (Unknown) |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Work Benches | $3,440.00 | | (Unknown) |
| Additional Page Total - *See continuation page for additional entries* | | | $0.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**None**

**43. Total of Part 7**
Add lines 39 through 42. Copy the total to line 86. _____ $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

---

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

   None

**48.  Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   None

**49.  Aircraft and accessories**

   None

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   50.1  See exhibit labeled "Schedule A/B, Part 8, No. 50" for full list ........................ $1,119,299.73 _____ (Unknown)

**51.  Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87. ........................................... $0.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

**Part 9:  Real Property**

---

**54.  Does the debtor own or lease any real property?**
   ☑ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

   None

**56.  Total of Part 9**

   Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88. ........ $0.00

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 10: Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

None

**61.** **Internet domain names and websites**

None

**62.** **Licenses, franchises, and royalties**

None

**63.** **Customer lists, mailing lists, or other compilations**

None

**64.** **Other intangibles, or intellectual property**

None

**65.** **Goodwill**

None

**66.** **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89. | $0.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
- ☑ No
- ☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

| Debtor | deeproot Tech, LLC | Case number (if known) | 21-51520 |
|---|---|---|---|
| | Name | | |

---

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:**  All other assets

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  Possible claims against Williams Crow Mask LLP | (Unknown)

Nature of Claim

Amount Requested   **(Unknown)**

**Additional Page Total** - *See continuation page for additional entries* | $130,249.00

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90. | $130,249.00

---

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | __deeproot Tech, LLC__ | | Case number *(if known)* | __21-51520__ |
|---|---|---|---|---|
| | Name | | | |

<div style="background:black;color:white">**Part 12:**</div> Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $63,307.54 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9* .......................................................... → | | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* + | $130,249.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $193,556.54 + 91b. | $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................... | | $193,556.54 |

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

## Additional Page

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture -** *Continued* | | | |
| 39.2 **Desks, Chairs, Cabinet Sets** | $91,049.00 | | (Unknown) |
| 39.3 **Warehouse Racks** | $20,800.00 | | (Unknown) |
| 39.4 **Work Tables** | $6,725.00 | | (Unknown) |
| 39.5 **Carts** | $3,250.00 | | (Unknown) |
| 39.6 **Breakroom Tables** | $7,100.00 | | (Unknown) |
| 39.7 **Conference Room Tables** | $5,200.00 | | (Unknown) |
| **41. Office equipment -** *Continued* | | | |
| 41.2 **Security System** | $126,800.00 | | (Unknown) |
| 41.3 **Network/Servers** | $290,000.00 | | (Unknown) |
| 41.4 **VoIP Phones** | $4,000.00 | | (Unknown) |
| 41.5 **Gym Equipment** | $80,000.00 | | (Unknown) |
| 41.6 **Video Projectors** | $5,500.00 | | (Unknown) |
| 41.7 **Flat Screen TVs** | $2,400.00 | | (Unknown) |
| 41.8 **Soft Water/R-O System** | $10,000.00 | | (Unknown) |
| 41.9 **P/A System** | $1,500.00 | | (Unknown) |
| 41.10 **Water Filtration/Dispensing Units** | $1,500.00 | | (Unknown) |
| 41.11 **Pinball Machines** | $78,000.00 | | (Unknown) |
| 41.12 **3D Printers** | (Unknown) | | (Unknown) |
| 41.13 **Tools** | $56,500.00 | | (Unknown) |
| 41.14 **Desktops** | $50,000.00 | | (Unknown) |
| 41.15 **Laptops** | $27,000.00 | | (Unknown) |
| 41.16 **Monitors/Periphials** | $17,500.00 | | (Unknown) |

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed) -** *Continued*

74.2 **judgment against G-Force Technical, Ltd.**

| Nature of Claim | **judgment in Cause No. 2019-CI-122367; Bexar County, TX** | | |
|---|---|---|---|
| Amount Requested | **$130,249.00** | | $130,249.00 |

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

## Additional Page

**74.3** **Possible alter ego claims against Randy Geisler and his other businesses**                                                                                            **(Unknown)**

**Nature of Claim**    judgment enforcement

**Amount Requested**    **(Unknown)**

**74.4** **Possible malpractice claims against Carlile Patchen & Murphy LLP**                                                                                                      **(Unknown)**

**Nature of Claim**    possible malpractice claims

**Amount Requested**    **(Unknown)**

**74.5** **Possible pinball inventory being held by Bass Computers Inc.**                                                                         **(Unknown)**

**Nature of Claim**    **Inventory**

**Amount Requested**    **(Unknown)**

**74.6** **Possible pinball inventory being held by Belford Electrics Inc.**                                                                       **(Unknown)**

**Nature of Claim**    **Inventory**

**Amount Requested**    **(Unknown)**

**74.7** **Possible pinball inventory being held by Bisco Industries**                                                                             **(Unknown)**

**Nature of Claim**    **Inventory**

**Amount Requested**    **(Unknown)**

**74.8** **Possible pinball inventory being held by Circle C Millwork**                                                                            **(Unknown)**

**Nature of Claim**    **Inventory**

**Amount Requested**    **(Unknown)**

**74.9** **Possible pinball inventory being held by Clark Perforating**                                                                            **(Unknown)**

**Nature of Claim**    **Inventory**

**Amount Requested**    **(Unknown)**

**74.10** **Possible pinball inventory being held by D&W Incorporated**                                                                           **(Unknown)**

**Nature of Claim**    **Inventory**

**Amount Requested**    **(Unknown)**

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

## Additional Page

**74.11 Possible pinball inventory being held by DEZE Technology** (Unknown)

**Nature of Claim**   Inventory

**Amount Requested**   (Unknown)

**74.12 Possible pinball inventory being held by Dillmeier Glass Company** (Unknown)

**Nature of Claim**   Inventory

**Amount Requested**   (Unknown)

**74.13 Possible pinball inventory being held by Elite Manufacturing Technologies** (Unknown)

**Nature of Claim**   Inventory

**Amount Requested**   (Unknown)

**74.14 Possible pinball inventory being held by EMF Audio** (Unknown)

**Nature of Claim**   Inventory

**Amount Requested**   (Unknown)

**74.15 Possible pinball inventory being held by Global Industrial** (Unknown)

**Nature of Claim**   Inventory

**Amount Requested**   (Unknown)

**74.16 Possible pinball inventory being held by H A Guden Company Inc.** (Unknown)

**Nature of Claim**   Inventory

**Amount Requested**   (Unknown)

**74.17 Possible pinball inventory being held by Hafele America Co** (Unknown)

**Nature of Claim**   Inventory

**Amount Requested**   (Unknown)

**74.18 Possible pinball inventory being held by JFC Industrial** (Unknown)

**Nature of Claim**   Inventory

**Amount Requested**   (Unknown)

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

## Additional Page

**Possible pinball inventory being held by Kang Yang**
74.19  **International**                                                                                          (Unknown)

**Nature of Claim**    Inventory

**Amount Requested**    (Unknown)


74.20  **Possible pinball inventory being held by McMaster-Carr**                                                 (Unknown)

**Nature of Claim**    Inventory

**Amount Requested**    (Unknown)


74.21  **Possible pinball inventory being held by Nappco Fastener Co**                                            (Unknown)

**Nature of Claim**    Inventory

**Amount Requested**    (Unknown)


**Possible pinball inventory being held by Northern Precision**
74.22  **Plastics**                                                                                              (Unknown)

**Nature of Claim**    Inventory

**Amount Requested**    (Unknown)


74.23  **Possible pinball inventory being held by PCB Cart**                                                      (Unknown)

**Nature of Claim**    Inventory

**Amount Requested**    (Unknown)


74.24  **Possible pinball inventory being held by Poly Electronics**                                              (Unknown)

**Nature of Claim**    Inventory

**Amount Requested**    (Unknown)


**Possible pinball inventory being held by Professional**
74.25  **Distribution Center**                                                                                   (Unknown)

**Nature of Claim**    Inventory

**Amount Requested**    (Unknown)


74.26  **Possible pinball inventory being held by Sager Electronics**                                            (Unknown)

**Nature of Claim**    Inventory

**Amount Requested**    (Unknown)

| Debtor | __deeproot Tech, LLC__ | | Case number *(if known)* | __21-51520__ |
| | Name | | | |

---

## ▮ Additional Page

74.27  **Possible pinball inventory being held by San Antonio Foam Fabricators**      (Unknown)

**Nature of Claim**    Inventory

**Amount Requested**    (Unknown)


74.28  **Possible pinball inventory being held by Shenzhen Jirong International Trade Co.**      (Unknown)

**Nature of Claim**    Inventory

**Amount Requested**    (Unknown)


74.29  **Possible pinball inventory being held by Super Bright LEDs**      (Unknown)

**Nature of Claim**    Inventory

**Amount Requested**    (Unknown)


74.30  **Possible pinball inventory being held by Titan Pinball**      (Unknown)

**Nature of Claim**    Inventory

**Amount Requested**    (Unknown)


74.31  **Possible pinball inventory being held by Trumpower**      (Unknown)

**Nature of Claim**    Inventory

**Amount Requested**    (Unknown)

deeproot Tech Equipment Inventory 7.8.2021

| Equipment Name - Description | S/N | Yr Built | Yr Acquired | Purchase Price | Condition |
|---|---|---|---|---|---|
| Four Head CNC Router | | 2018 | 2018 | $12,760.00 | Used |
| Dust Collector | | 2018 | 2018 | $1,489.00 | Used |
| Dual CNC Laser | | 2018 | 2018 | $31,880.00 | Used |
| Heavy Guage Vacuum Forming Machine | | 2018 | 2018 | $14,449.00 | Used |
| Heavy Duty Manually Operated Box and Pan Brake Bender | 31722 | 2018 | 2018 | $6,593.00 | Used |
| 30" 3-in-1 Sheet Metal Machine | 2016110 | 2016 | 2018 | $1,470.00 | Used |
| 12" x 36" Gear-Head, Cam Lock Spindle, Lathe | | 2018 | 2019 | $4,595.00 | Used |
| TIG Welder | | 2018 | 2018 | $3,093.66 | Used |
| 20-Ton Double-Pump Press | | 2018 | 2018 | $395.00 | Used |
| Electric Air Compressor — 5 HP, 230 Volt, 1-Phase, 60-Gallon Vertical | CBV546794 | 2018 | 2018 | $1,099.99 | Used |
| 30 Gal. 175 PSI Oil Lubed Belt Drive Portable Vertical Electric Air Compressor | | 2018 | 2018 | $499.00 | Used |
| Pallet Jack Truck | N/A | 2019 | 2019 | $299.00 | Used |
| 30 Watt Laser Marking Machine w/ Cyclops System and Fume Extraction | | 2020 | 2020 | $14,500.00 | Like New |
| Stencil Screen Printing Machine | 9235 | | 2018 | | Used |
| Pick-n-Place Machine | CR-0239-EB | | 2018 | | Used |
| Reflow Oven | QMS-1 | 1999 | 2018 | | Used |
| Selective Solder Machine | 100551 | 2006 | 2018 | $54,875.00 | Used |
| 8000 LB Capacity Forklift | N005V03439E | 2007 | 2021 | $25,489.00 | Used |
| Automated Coating Spray System | | | 2019 | $377,847.00 | Like New |
| Large CNC Industrial Sander | | | 2019 | $230,000.00 | Used |
| Dust Collector | | 2019 | 2019 | $12,292.00 | New |
| Oil less Air Compressor | | | 2020 | $16,687.00 | New |
| Oiled Air Compressor | | | 2020 | $16,426.00 | New |
| Large Water/Oil Coalescer Filter/Receiver/etc. | N/A | | 2020 | $3,712.08 | New |
| Pallet Jack Truck | N/A | 2020 | 2020 | $299.00 | Used |
| Industrial CNC Router | 14300 | 2021 | 2021 | $97,000.00 | New |
| Industrial CNC Router | 14301 | 2021 | 2021 | $168,000.00 | New |
| Heavy Duty Dual Drum Sander | | 2020 | 2020 | $3,133.00 | Like New |
| Dust Collector | | 2019 | 2019 | $12,292.00 | New |

$1,111,174.73

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | deeproot Tech, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-51520 |

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | unknown | unknown |
|---|---|---|---|

**Creditor's name**
U.S. Small Business Administration

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Financing Statement

**Creditor's mailing address**
10737 Gateway West 300
El Paso, TX 79935

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**    06/28/2020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Remarks:** Filing No. 20-0028802486

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $0.00

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ _____ _____ | Line _____ | ____ ____ ____ ____ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | deeproot Tech, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-51520 |

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,570.64 | $2,570.64 |

**2.1**

Priority creditor's name and mailing address

Barry Oursler

4346 Hollow Hill Dr

San Antonio, TX 78217

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

wages

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: $2,570.64

Priority amount: $2,570.64

**2.2**

Priority creditor's name and mailing address

Bradlee Ching

21119 Simi Valley Drive

San Antonio, TX 78259

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

wages

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: $1,453.84

Priority amount: $1,453.84

| Debtor | deeproot Tech, LLC | | Case number *(if known)* | 21-51520 |
|---|---|---|---|---|
| | Name | | | |

## Part 1: Additional Page

---

**2.3** | **Priority creditor's name and mailing address**

Bryce Sills

26103 Starlite Way

San Antonio, TX 78260

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** $3,115.39     $3,115.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.4** | **Priority creditor's name and mailing address**

Clifton Jones III

3500 North Capital of Texas Highway

Austin, TX 78746

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** $3,850.61     $3,850.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5** | **Priority creditor's name and mailing address**

Craig Rushforth

2983 North 4000 East

Sugar City, ID 83448

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** $8,984.76     $8,984.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | deeproot Tech, LLC | Case number (if known) | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.6** **Priority creditor's name and mailing address**

Daniel Vela

244 Eileen Drive

Pleasanton, TX 78064

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,492.31          $2,492.31

---

**2.7** **Priority creditor's name and mailing address**

David Thiel

13434 Northeast 119th Way

Redmond, WA 98052

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

wages

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.8** **Priority creditor's name and mailing address**

Debra Garza

8893 Meadow Range Street

San Antonio, TX 78250

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$885.36          $885.36

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 1:</strong> Additional Page</td></tr>
</table>

**2.9** **Priority creditor's name and mailing address**

Dylan Gibson

3055 Nantucket Drive

San Antonio, TX 78230

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,017.11        $2,017.11

---

**2.10** **Priority creditor's name and mailing address**

Flora Castro

8211 Meadow Post

San Antonio, TX 78251

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,176.00        $1,176.00

---

**2.11** **Priority creditor's name and mailing address**

Gabriel Hernandez

4354 Hilton Head

San Antonio, TX 78217

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,288.46        $2,288.46

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

### 2.12

**Priority creditor's name and mailing address**

Hirton Yanes

14200 Vance Jackson Road

San Antonio, TX 78249

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

wages

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,696.16        $1,696.16

### 2.13

**Priority creditor's name and mailing address**

Idaho Department of Labor

317 W. Main St.

Boise, ID 83735

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown        unknown

### 2.14

**Priority creditor's name and mailing address**

Internal Revenue Service

Centralized Insolvency Operation

Post Office Box 7346

Philadelphia, PA 19101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown        unknown

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 1:</strong> Additional Page</td></tr>
</table>

---

**2.15** **Priority creditor's name and mailing address**

**Isaac Cabrera**

**135 Bailey Ave**

**San Antonio, TX 78210-4141**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,199.52          $1,199.52

---

**2.16** **Priority creditor's name and mailing address**

**Ivan Capetillo**

**11503 Verdis Valley**

**San Antonio, TX 78245**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,199.52          $1,199.52

---

**2.17** **Priority creditor's name and mailing address**

**Jason Bauer**

**2721 N Magnolia Ave**

**Chicago, IL 60614**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,153.84          $2,153.84

---

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

---

**2.18**

**Priority creditor's name and mailing address**

John Popadiuk

14838 Vance Jackson

San Antonio, TX 78249

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __(4)__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,427.83          $2,427.83

---

**2.19**

**Priority creditor's name and mailing address**

Jon Norris

523 East Fairway Road

Henderson, NV 89015

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __(4)__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.20**

**Priority creditor's name and mailing address**

Joshua McBurney

9955 Chimney Swift Lane

Conroe, TX 77385

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __(4)__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,567.08          $2,567.08

---

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">**Part 1:**</td><td>Additional Page</td></tr>
</table>

---

**2.21**

**Priority creditor's name and mailing address**

**Justin Brown**

**16018 Seekers Street**

**San Antonio, TX 78255**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,019.23          $2,019.23

---

**2.22**

**Priority creditor's name and mailing address**

**Kinkel Rowen**

**16123 Hidden View Street**

**San Antonio, TX 78232**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,800.00          $2,800.00

---

**2.23**

**Priority creditor's name and mailing address**

**Lee Richmond**

**9014 Walnut Springs**

**Universal City, TX 78148**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,400.00          $1,400.00

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 1:** Additional Page</div>

**2.24** **Priority creditor's name and mailing address**

Luke Anderton

5418 Tammy Lane

Baytown, TX 77523

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,750.00        $1,750.00

---

**2.25** **Priority creditor's name and mailing address**

Michael Johnston

306 Brees Boulevard

San Antonio, TX 78209

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,261.54        $2,261.54

---

**2.26** **Priority creditor's name and mailing address**

Quinn Johnson

2503 Jackson Keller Road 1321

San Antonio, TX 78230

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,142.20        $2,142.20

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.27** Priority creditor's name and mailing address

**Richard Blevins**

**1310 Martin Street**

**Pleasanton, TX 78064**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**wages**

Is the claim subject to offset?
☑ No
☐ Yes

$1,178.24          $1,178.24

**2.28** Priority creditor's name and mailing address

**Sean Gibson**

**3055 Nantucket Drive**

**San Antonio, TX 78230**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**wages**

Is the claim subject to offset?
☑ No
☐ Yes

$12,360.00          $12,360.00

**2.29** Priority creditor's name and mailing address

**Stephanie Lee**

**401 Ruby Ritz**

**Universal City, TX 78148**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**wages**

Is the claim subject to offset?
☑ No
☐ Yes

$3,427.52          $3,427.52

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
| --- | --- | --- | --- |
| | Name | | |

## Part 1:   Additional Page

**2.30** | Priority creditor's name and mailing address

Steven Bowden

5434 Sunlit Brook

San Antonio, TX 78240

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,500.67          $2,500.67

---

**2.31** | Priority creditor's name and mailing address

Texas Comptroller

111 East 17th Street

Austin, TX 78774

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.32** | Priority creditor's name and mailing address

Texas Workforce Commission

101 E 15th St

Austin, TX 78778

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.33**

**Priority creditor's name and mailing address**

Utah Department of Workforce Services

P.O. Box 45249

Salt Lake City, UT 84145

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown     unknown

**2.34**

**Priority creditor's name and mailing address**

Utah State Tax Commission

210 N 1950 W

Salt Lake City, UT 84134

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown     unknown

**2.35**

**Priority creditor's name and mailing address**

Zack Masters

8002 Winterfell

San Antonio, TX 78249

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,211.54     $1,211.54

| Debtor | deeproot Tech, LLC | Case number (if known) | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

12VMonster.com

Horizon Star Energy Ltd 10F

37 Beech St

Kowloo, Hong Kong,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: _____unknown_____

**3.2**

Nonpriority creditor's name and mailing address

1PASSWORD TORONTO CA

4711 Yonge St, 10th Floor

Ontario, M2N 6K8 Canada,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: _____unknown_____

**3.3**

Nonpriority creditor's name and mailing address

3DS DRAFTSIGHT Dassault Systems

175 Wyman St

Waltham, MA 02451

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: _____unknown_____

**3.4**

Nonpriority creditor's name and mailing address

Able Machinery Mover

1300 Bunton Creek Rd

Kyle, TX 78640

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: _____unknown_____

**3.5**

Nonpriority creditor's name and mailing address

ACME Design Inc.

37 N Union St

Elgin, IL 60123

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☐ No
☑ Yes

Amount of claim: _____$40,755.11_____

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.6** Nonpriority creditor's name and mailing address

Adafruit Industries

150 Varick Street

New York, NY 10013

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

unknown

---

**3.7** Nonpriority creditor's name and mailing address

ADOBE Systems, Inc.

345 Park Ave.

San Jose, CA 95110

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☒ No
☐ Yes

unknown

---

**3.8** Nonpriority creditor's name and mailing address

Advance Auto Parts

2635 E. Millbrook Road

Raleigh, NC 27604

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

unknown

---

**3.9** Nonpriority creditor's name and mailing address

Alamo City Powder Coating

4244 Centergate St., Suite B

San Antonio, TX 78217

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☐ No
☒ Yes

unknown

---

**3.10** Nonpriority creditor's name and mailing address

Alcobra Metals 5094824435 WA

4510 N Freya St

Spokane, WA 99217

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

unknown

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.11 Nonpriority creditor's name and mailing address

Alibaba.com LLC

525 Almanor Ave., Ste 400

Sunnyvale, CA 94085

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.12 Nonpriority creditor's name and mailing address

Aliexpress

525 Almanor Ave., Ste 400

Sunnyvale, CA 94085

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.13 Nonpriority creditor's name and mailing address

All United Electrical

308 W Hamilton St

Houston, TX 77091

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.14 Nonpriority creditor's name and mailing address

Allied Electronics Inc.

7151 Jack Newell Blvd. S.

Fort Worth, TX 76118

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.15 Nonpriority creditor's name and mailing address

Allied Plastics

4903 Center Park Blvd

San Antonio, TX 78218

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | __deeproot Tech, LLC__ | Case number *(if known)* | __21-51520__ |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

**3.16** Nonpriority creditor's name and mailing address

Aluminum Spacers

17330 Muskrat Ave

Adelanto, CA 92301

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.17** Nonpriority creditor's name and mailing address

American Express

P.O. Box 981535

El Paso, TX 79998

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit Card__

Is the claim subject to offset?
☑ No
☐ Yes

$53,761.16

---

**3.18** Nonpriority creditor's name and mailing address

American Graphic Systems

7650 185th St # A

Tinley Park, IL 60477

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset?
☐ No
☑ Yes

$11,964.18

---

**3.19** Nonpriority creditor's name and mailing address

Apple Inc.

One Apple Park Way

Cupertino, CA 95014

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.20** Nonpriority creditor's name and mailing address

Architectural Builders Supply Inc.

3435 Enterprise Ave., Ste 1

Naples, FL 34104

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

**3.21** **Nonpriority creditor's name and mailing address**
Atlassian

350 Bush Street Floor 13

San Francisco, CA 94104

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**3.22** **Nonpriority creditor's name and mailing address**
Autodesk

111 McInnis Parkway

San Rafael, CA 94903

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**3.23** **Nonpriority creditor's name and mailing address**
AxiaRio Consulting, LLC

11811 S Vine Pl

Jenks, OK 74037

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**3.24** **Nonpriority creditor's name and mailing address**
B&H Photo

420 9th Ave

New York, NY 10001

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**3.25** **Nonpriority creditor's name and mailing address**
BambooHR LLC

335 South 560 West

Lindon, UT 84042

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.26** Nonpriority creditor's name and mailing address

Bass Computers Inc.

10558 Bissonnet St

Houston, TX 77099

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- ☐ No
- ☑ Yes

unknown

---

**3.27** Nonpriority creditor's name and mailing address

Belford Electrics Inc.

1460 Jeffrey Dr.

Addison, IL 60101

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- ☐ No
- ☑ Yes

unknown

---

**3.28** Nonpriority creditor's name and mailing address

Bisco Industries

5065 E. Hunter Ave.

Anaheim, CA 92807

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- ☐ No
- ☑ Yes

unknown

---

**3.29** Nonpriority creditor's name and mailing address

Blackhawk Industrial

10810 East 45th St, Suite 100

Tulsa, OK 74146

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.30** Nonpriority creditor's name and mailing address

Boedeker Plastics Inc.

904 6th St

Shiner, TX 77984

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

| Debtor | deeproot Tech, LLC | Case number (if known) | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.31** Nonpriority creditor's name and mailing address

Bravado International Group Merchandising Services, Inc.

1755 Broadway, 2nd Floor

New York, NY 10019

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  License

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.32** Nonpriority creditor's name and mailing address

BTF Lighting

2F, Bld. C-C2, Chuangfu Tech Park, Beihuan Rd.

Shiyan St., Baoan District

Shenzhen, Guangdong, China,

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.33** Nonpriority creditor's name and mailing address

Cable-Leader

13771 Roswell Ave e

Chino, CA 91710

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.34** Nonpriority creditor's name and mailing address

Cables Online

95 Horton Ave.

Lynbrook, NY 11563

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.35** Nonpriority creditor's name and mailing address

Carlile Patchen & Murphy LLP

950 Goodale Blvd 200

Columbus, OH 43212

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Legal

Is the claim subject to offset?
☑ No
☐ Yes

$35,615.00

---

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.36** **Nonpriority creditor's name and mailing address**

Carlton Bates

306 E Nakoma Dr # A

San Antonio, TX 78216

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.37** **Nonpriority creditor's name and mailing address**

Carr Lane Mfg Company

4200 Carr Ln Ct

Saint Louis, MO 63119

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.38** **Nonpriority creditor's name and mailing address**

Charter Industries

3900 S Greenbrooke Dr SE

Grand Rapids, MI 49512

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.39** **Nonpriority creditor's name and mailing address**

Circle C Millwork

9254 US Hwy 87 E

San Antonio, TX 78263

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Vendor

**Is the claim subject to offset?**
☐ No
☑ Yes

unknown

---

**3.40** **Nonpriority creditor's name and mailing address**

Citibank

PO Box 790046

Saint Louis, MO 63179

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

$55,456.82

---

| Debtor | deeproot Tech, LLC | Case number (if known) | 21-51520 |
|--------|--------------------|-----------------------|----------|
| | Name | | |

## Part 2: Additional Page

**3.41** | **Nonpriority creditor's name and mailing address**
Clark Perforating

15875 Allen Rd

Milan, MI 48160

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☐ No
☑ Yes

unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.42** | **Nonpriority creditor's name and mailing address**
Consolidated Electronic Wire & Cable

11044 King St

Franklin Park, IL 60131

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.43** | **Nonpriority creditor's name and mailing address**
Container Exchanger LLC

6025 Lagrange Blvd SW

Atlanta, GA 30336

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.44** | **Nonpriority creditor's name and mailing address**
Cross River Bank

2115 Linwood Ave.

Fort Lee, NJ 07024

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Note

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.45** | **Nonpriority creditor's name and mailing address**
CSI

4718 Camino Dorado Dr.

San Antonio, TX 78233

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$28.56

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

---

**3.46** **Nonpriority creditor's name and mailing address**

Cyber Woodworking Depot

P.O. Box 10306

Holyoke, MA 01041

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.47** **Nonpriority creditor's name and mailing address**

D&W Incorporated

941 Oak St

Elkhart, IN 46514

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
☐ No
☑ Yes

$30,182.82

---

**3.48** **Nonpriority creditor's name and mailing address**

Dakota Premium Hardwoods

4441 Centergate St.

San Antonio, TX 78217

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.49** **Nonpriority creditor's name and mailing address**

DB Roberts

54 Jonspin Rd.

Wilmington, MA 01887

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.50** **Nonpriority creditor's name and mailing address**

deeproot 575 Fund LLC

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **intercompany receivable**

**Is the claim subject to offset?**
☐ No
☑ Yes

unknown

---

| Debtor | deeproot Tech, LLC | Case number (if known) | 21-51520 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   Additional Page

---

**3.51** | **Nonpriority creditor's name and mailing address**

deeproot Funds LLC

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   intercompany receivable

**Is the claim subject to offset?**
☐ No
☑ Yes

unknown

---

**3.52** | **Nonpriority creditor's name and mailing address**

deeproot Growth Runs Deep Fund LLC

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   intercompany receivable

**Is the claim subject to offset?**
☐ No
☑ Yes

unknown

---

**3.53** | **Nonpriority creditor's name and mailing address**

deeproot Studios LLC

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   intercompany receivable

**Is the claim subject to offset?**
☐ No
☑ Yes

unknown

---

**3.54** | **Nonpriority creditor's name and mailing address**

DELTAREGISTOOLS INC

7370 COMMERCIAL CIRCLE

Fort Pierce, FL 34951

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.55** | **Nonpriority creditor's name and mailing address**

Dennis Nordman Design, Inc.

901 Amber Ln.

Lake Villa, IL 60046

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong>  Additional Page</td></tr>
</table>

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |
|---|---|---|---|

Devon Music, Inc.

c/o TRO Essex Music Group

266 West 37th Street 17th Floor

New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $945.00 |
|---|---|---|---|

DEZE Technology

Unit 3, 6/F KAM HON INDUSTRIAL BUILDING

8 Wang Kwun Rd

Kowloon, Hong Kong,

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☐ No
☑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |
|---|---|---|---|

Digikey

PO Box 677

Thief River Falls, MN 56701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |
|---|---|---|---|

Dillmeier Glass Company

2903 Industrial Park Rd

Van Buren, AR 72956

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |
|---|---|---|---|

Disney

(c/o Wonderland Music Company, Inc. and Alameda Gate Music)

500 South Buena Vista Street

Burbank, CA 91521

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** License

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.61** **Nonpriority creditor's name and mailing address**

Dropbox

1800 OWENS STREET, SUITE 200

San Francisco, CA 94158

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.62** **Nonpriority creditor's name and mailing address**

Edgebanding Services

11444 Reeder Rd #101

Dallas, TX 75229

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.63** **Nonpriority creditor's name and mailing address**

Elite Manufacturing Technologies

333 Munroe Dr

Bloomingdale, IL 60108

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☐ No
☑ Yes

$126,929.95

---

**3.64** **Nonpriority creditor's name and mailing address**

Elizabeth Pieri

1316 Rancho Ln

Thousand Oaks, CA 91362

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.65** **Nonpriority creditor's name and mailing address**

EMF Audio

PO Box 171874

Spartanburg, SC 29301

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☐ No
☑ Yes

unknown

---

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.66** **Nonpriority creditor's name and mailing address**
EQ Depot

5250 N Loop 1604 E

San Antonio, TX 78247

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

**3.67** **Nonpriority creditor's name and mailing address**
Esoteric Software

8619 83rd St Ct SW # 111

Lakewood, WA 98498

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

**3.68** **Nonpriority creditor's name and mailing address**
Fedex

942 S Shady Grove Rd

Memphis, TN 38120

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

**3.69** **Nonpriority creditor's name and mailing address**
Flexible Assembly Systems, Inc.

8220 Arjons Dr

San Diego, CA 92126

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

**3.70** **Nonpriority creditor's name and mailing address**
Forklift Select LLC

12875 E 42nd Ave Suite 50

Denver, CO 80239

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.71** Nonpriority creditor's name and mailing address
Formlabs

35 Medford St. Suite 201

Somerville, MA 02143

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**3.72** Nonpriority creditor's name and mailing address
Future Electronics Co

41 Main St

Bolton, MA 01740

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**3.73** Nonpriority creditor's name and mailing address
Geodis

5101 South Broad Street

Philadelphia, PA 19112

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**3.74** Nonpriority creditor's name and mailing address
Github

88 Colin P Kelly Jr Street

San Francisco, CA 94107

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**3.75** Nonpriority creditor's name and mailing address
Global Industrial

11 Harbor Park Drive

Port Washington, NY 11050

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

**Is the claim subject to offset?**
☐ No
☑ Yes

unknown

| Debtor | deeproot Tech, LLC | Case number (if known) | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.76** Nonpriority creditor's name and mailing address
GoDaddy

14455 N. Hayden Rd #219

Scottsdale, AZ 85260

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.77** Nonpriority creditor's name and mailing address
GOOGLE ATTN: GSUITE

1600 Amphitheatre Parkwa

Mountain View, CA 94043

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address
Grainger

100 Grainger Pkwy

Lake Forest, IL 60045

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address
Graybar Electric

34 N Meramec Ave

Saint Louis, MO 63105

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address
Grizzly Industrial

1821 Valencia St

Bellingham, WA 98229

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

**3.81**

**Nonpriority creditor's name and mailing address**

Gunn Lee Cave, PC

8023 Vantage Drive 1500
San Antonio, TX 78230

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $13,980.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.82**

**Nonpriority creditor's name and mailing address**

H A Guden Company Inc.

99 Raynor Ave.
Ronkonkoma, NY 11779

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.83**

**Nonpriority creditor's name and mailing address**

Hafele America Co

3901 Cheyenne Drive
High Point, NC 27263

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.84**

**Nonpriority creditor's name and mailing address**

Hanson Rivet & Supply Co

13241 Weidner St
Pacoima, CA 91331

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.85**

**Nonpriority creditor's name and mailing address**

Harbor Freight Tools

26541 Agoura Road
Calabasas, CA 91302

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | deeproot Tech, LLC | Case number (if known) | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.86 Nonpriority creditor's name and mailing address**

Hill Country Electric

Building 2

4801 Freidrich Lane, Ste 200

Austin, TX 78744

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.87 Nonpriority creditor's name and mailing address**

Hogentogler & Co Inc.

P.O. Box 2219

Columbia, MD 21045

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88 Nonpriority creditor's name and mailing address**

Houston Breakers & Disconnect

308 W Hamilton St

Houston, TX 77091

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.89 Nonpriority creditor's name and mailing address**

Hydraulic Supply and Service Co

11015 Iota Dr

San Antonio, TX 78217

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90 Nonpriority creditor's name and mailing address**

IMLSS San Antonio

12131 Jones Maltsberger Rd

San Antonio, TX 78247

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | deeproot Tech, LLC | Case number (if known) | 21-51520 |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.91** Nonpriority creditor's name and mailing address

Interstate Plastics

330 Commerce Circle

Sacramento, CA 95815

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.92** Nonpriority creditor's name and mailing address

Interstate Wire Co Inc.

2635 Observation Trail

Rockwall, TX 75032

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.93** Nonpriority creditor's name and mailing address

Intertek

545 E. Algonquin Road

Arlington Heights, IL 60005

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.94** Nonpriority creditor's name and mailing address

Iron Mountain

1 Federal Street

Boston, MA 02110

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.95** Nonpriority creditor's name and mailing address

JFC Industrial

RM B410, Qinghu Tech. Park, Qingxiang Road

Longhua District, Shenzhen, 518109 China,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- ☐ No
- ☑ Yes

unknown

---

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

**3.96** Nonpriority creditor's name and mailing address

**Kang Yang International**

**1600 Jarvis Ave.**

**Elk Grove Village, IL 60007**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.97** Nonpriority creditor's name and mailing address

**Klingspor Abrasives**

**2555 Tate Blvd SE**

**Hickory, NC 28602**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.98** Nonpriority creditor's name and mailing address

**Logmein**

**320 Summer Street**

**Boston, MA 02210**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.99** Nonpriority creditor's name and mailing address

**Lone Star Materials**

**9822 Ball St.**

**San Antonio, TX 78217**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.100** Nonpriority creditor's name and mailing address

**Maillie, Inc.**

**500 North Lewis Road**

**Royersford, PA 19468**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.101** | **Nonpriority creditor's name and mailing address**

Mainfreight Inc.

1400 Glenn Curtiss Street

Carson, CA 90746

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

unknown

---

**3.102** | **Nonpriority creditor's name and mailing address**

Marco Specialties

5290 Platt Springs Rd

Lexington, SC 29073

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

unknown

---

**3.103** | **Nonpriority creditor's name and mailing address**

Masked Republic

Box 2351

Castro Valley, CA 94546

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** License

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$10,000.00

---

**3.104** | **Nonpriority creditor's name and mailing address**

Matheson Trigas

Det 3028

PO Box 123028

Dallas, TX 75312

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$74.40

---

**3.105** | **Nonpriority creditor's name and mailing address**

Maverick Abrasives

4340 E Miraloma Ave

Anaheim, CA 92807

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

unknown

---

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.106** | **Nonpriority creditor's name and mailing address**

McMaster-Carr

PO BOX 7690

Chicago, IL 60680-7690

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

unknown

---

**3.107** | **Nonpriority creditor's name and mailing address**

Meniscus Audio

1642 Broadway Ave NW # C6

Grand Rapids, MI 49504

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.108** | **Nonpriority creditor's name and mailing address**

Microsoft Office 365

One Microsoft Way

Redmond, WA 98052

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.109** | **Nonpriority creditor's name and mailing address**

Minor Rubber Co Inc.

49 Ackerman St.

Bloomfield, NJ 07003

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.110** | **Nonpriority creditor's name and mailing address**

Monoprice, Inc.

11701 6th St

Rancho Cucamonga, CA 91730

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.111**

**Nonpriority creditor's name and mailing address**

Mouser Electronics, Inc

1000 North Main Street

Mansfield, TX 76063

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

---

**3.112**

**Nonpriority creditor's name and mailing address**

MSC Industrial Supply Co

75 Maxess Road

Melville, NY 11747-3151

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

---

**3.113**

**Nonpriority creditor's name and mailing address**

My Cable Mart

6224 Bury Dr.

Eden Prairie, MN 55346

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

---

**3.114**

**Nonpriority creditor's name and mailing address**

Nappco Fastener Co

7330 North Sam Houston Pkwy W #200

Houston, TX 77064

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☐ No
☒ Yes

unknown

---

**3.115**

**Nonpriority creditor's name and mailing address**

Nationwide Insurance

PO Box 514540

Los Angeles, CA 90051

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

---

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
| | Name | | |

---

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.116**

**Nonpriority creditor's name and mailing address**

Newark Inone

33190 Collection Center Dr.

Chicago, IL 60693

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.117**

**Nonpriority creditor's name and mailing address**

Northern Precision Plastics

6553 Revlon Dr

Belvidere, IL 61008

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☐ No
☑ Yes

$6,344.25

---

**3.118**

**Nonpriority creditor's name and mailing address**

Northern Tool & Equipment

2800 Southcross Drive West

Burnsville, MN 55306

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.119**

**Nonpriority creditor's name and mailing address**

NTE Parts Direct

44 Farrand St

Bloomfield, NJ 07003

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.120**

**Nonpriority creditor's name and mailing address**

OHL-International

5101 South Broad Street

Philadelphia, PA 19112

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

**3.121** **Nonpriority creditor's name and mailing address**
Onpay.com

1230 Peachtree St NE 1250

Atlanta, GA 30309

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Payroll

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.122** **Nonpriority creditor's name and mailing address**
Openbom

105 Redwood Rd

Newton Center, MA 02459

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.123** **Nonpriority creditor's name and mailing address**
Outwater Plastics

4720 W Van Buren St

Phoenix, AZ 85043

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.124** **Nonpriority creditor's name and mailing address**
Parts Express

725 Pleasant Valley Dr

Springboro, OH 45066

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.125** **Nonpriority creditor's name and mailing address**
Paychex

911 Panorama Trail South

Rochester, NY 14625

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

---

**3.126** | **Nonpriority creditor's name and mailing address**
**Paypal**

2211 N 1st St

San Jose, CA 95131

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Note

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.127** | **Nonpriority creditor's name and mailing address**
**PBC Linear**

6402 Rockton Rd

Roscoe, IL 61073

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.128** | **Nonpriority creditor's name and mailing address**
**PCB Cart**

Floor 1st/2nd, Building #C

NO.163 Wu Chang Avenue

Yu Hang District, Hangzhou, China,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☐ No
☑ Yes

$8,601.36

---

**3.129** | **Nonpriority creditor's name and mailing address**
**Pinball Life**

1930 (Unit Q) Oak Creek Parkway

Huntley, IL 60142

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.130** | **Nonpriority creditor's name and mailing address**
**Playlife Company**

22287 Mulholland Hwy Suite 62

Calabasas, CA 91302

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.131** | **Nonpriority creditor's name and mailing address**
Policy Services, Inc.

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** intercompany receivable

**Is the claim subject to offset?**
☐ No
☑ Yes

unknown

---

**3.132** | **Nonpriority creditor's name and mailing address**
Poly Electronics

4400 Wyland Dr

Elkhart, IN 46516

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☐ No
☑ Yes

$15,356.25

---

**3.133** | **Nonpriority creditor's name and mailing address**
PR Newswire Association LLC

G.P.O. BOX 5897

New York, NY 10087

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$390.00

---

**3.134** | **Nonpriority creditor's name and mailing address**
Praxair Distribution Inc.

10 Riverview Dr

Danbury, CT 06810

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.135** | **Nonpriority creditor's name and mailing address**
Professional Distribution Center

10980 Stancliff Rd

Houston, TX 77099

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☐ No
☑ Yes

unknown

---

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white">**Part 2:**</div> Additional Page

**3.136** Nonpriority creditor's name and mailing address

PVC Fittings Online

1444 East Main Street

Rock Hill, SC 29730

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.137** Nonpriority creditor's name and mailing address

Rackmount Solutions

3301 E. Plano Parkway #175A

Plano, TX 75074

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.138** Nonpriority creditor's name and mailing address

Randall Foster

2014 W McLaughlin St

Smyrna, TN 37167

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contractor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.139** Nonpriority creditor's name and mailing address

Rapidharness

6 Liberty Square # 2026

Boston, MA 02109

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.140** Nonpriority creditor's name and mailing address

Richeliue America

7021 Sterling Ponds Ct

Sterling Heights, MI 48312

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | deeproot Tech, LLC | Case number (if known) | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.141
**Nonpriority creditor's name and mailing address**
RingCentral

20 Davis Dr

Belmont, CA 94002

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

### 3.142
**Nonpriority creditor's name and mailing address**
Robert J. Mueller

P.O. Box 690562

San Antonio, TX 78269

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** accounts payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,460.00

### 3.143
**Nonpriority creditor's name and mailing address**
Rockler

4365 Willow Dr

Hamel, MN 55340

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

### 3.144
**Nonpriority creditor's name and mailing address**
RS Hughes Co Inc.

1162 Sonora Ct

Sunnyvale, CA 94086

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

### 3.145
**Nonpriority creditor's name and mailing address**
Sagaftra

5757 Wilshire Blvd, 7th Flr

Los Angeles, CA 90036

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** License

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

| Debtor | deeproot Tech, LLC | Case number (if known) | 21-51520 |
|--------|--------------------|------------------------|----------|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.146**

**Nonpriority creditor's name and mailing address**

Sager Electronics

19 Leona Dr

Middleboro, MA 02346

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☐ No
☑ Yes

$51,785.25

---

**3.147**

**Nonpriority creditor's name and mailing address**

San Antonio Foam Fabricators

13715 Topper Cir

San Antonio, TX 78233

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☐ No
☑ Yes

unknown

---

**3.148**

**Nonpriority creditor's name and mailing address**

Schweitzer & Crosson

460 Caredean Dr

Horsham, PA 19044

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.149**

**Nonpriority creditor's name and mailing address**

Shenzhen Jirong International Trade CO., LTD

dba Greartisan Gear Motors

YIWULEYUAN EAST,JIANGBIN RD

YIWU, ZHEJIANG ,CHINA,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☐ No
☑ Yes

unknown

---

**3.150**

**Nonpriority creditor's name and mailing address**

Sherwin Williams Co

101 W. Prospect Ave

Cleveland, OH 44115

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | deeproot Tech, LLC | Case number (if known) | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.151** Nonpriority creditor's name and mailing address

Shotgun Software

210 Main St

Venice, CA 90291

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.152** Nonpriority creditor's name and mailing address

Slack

500 Howard St

San Francisco, CA 94105

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.153** Nonpriority creditor's name and mailing address

South Texas Draperies

7515 Grissom Rd #103

San Antonio, TX 78251

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.154** Nonpriority creditor's name and mailing address

South Texas Dumpster

9346 TX-106 Loop

San Antonio, TX 78263

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.155** Nonpriority creditor's name and mailing address

Southco Inc.

210 N. Brinton Lake Rd

Concordville, PA 19331

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

**3.156**

**Nonpriority creditor's name and mailing address**

Spirit Group

235 W 23rd St, 5th Flr

New York, NY 10011

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  License

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.157**

**Nonpriority creditor's name and mailing address**

Super Bright LEDs

13645 Shoreline Dr

Earth City, MO 63045

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☐ No
☑ Yes

unknown

---

**3.158**

**Nonpriority creditor's name and mailing address**

Suzohapp

601 Dempster St

Mount Prospect, IL 60056

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.159**

**Nonpriority creditor's name and mailing address**

Tape Ease Supply LLC

13423 Zander Rd

Maribel, WI 54227

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.160**

**Nonpriority creditor's name and mailing address**

Tarpon Technology Inc.

10558 Bissonnet St

Houston, TX 77099

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|--------|-------------------|--------------------------|----------|
| | Name | | |

## Part 2: Additional Page

### 3.161

**Nonpriority creditor's name and mailing address**

Taxjar.com

462 Washington St. #3066

Woburn, MA 01888

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

### 3.162

**Nonpriority creditor's name and mailing address**

Tequipment.net

205 Westwood Ave

Long Branch, NJ 07740

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

### 3.163

**Nonpriority creditor's name and mailing address**

The Hartford



One Hartford Plaza

Hartford, CT 06155

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

### 3.164

**Nonpriority creditor's name and mailing address**

Thrailkill All Metals

200 Allentown Pkwy

Allen, TX 75002

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

### 3.165

**Nonpriority creditor's name and mailing address**

Titan Pinball





**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

unknown

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

<div style="background:black">**Part 2:**</div> Additional Page

---

**3.166** Nonpriority creditor's name and mailing address

Tools Today

65-70 Olsten St

Rego Park, NY 11374

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.167** Nonpriority creditor's name and mailing address

Trumpower

3350 Scott Blvd #13

Santa Clara, CA 95054

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☐ No
☑ Yes

unknown

---

**3.168** Nonpriority creditor's name and mailing address

Tumbler Technologies

3350 Scott Blvd #13

Santa Clara, CA 95054

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.169** Nonpriority creditor's name and mailing address

Turner Logic, LLC

215 W Bandera Rd 114-814

Boerne, TX 78006

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.170** Nonpriority creditor's name and mailing address

U.S. Small Business Administration

14925 Kingsport Rd

Fort Worth, TX 76155

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** note payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$625,652.00

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.171**

**Nonpriority creditor's name and mailing address**

**U.S. Small Business Administration**

**10737 Gateway West 300**

**El Paso, TX 79935**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  disaster relief loan

**Is the claim subject to offset?**
☑ No
☐ Yes

$43,100.00

---

**3.172**

**Nonpriority creditor's name and mailing address**

**Uline**

**12575 Uline Dr**

**Pleasant Prairie, WI 53158**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.173**

**Nonpriority creditor's name and mailing address**

**Unity Copenhagen DNK**

**760 Market Street, Suite 400**

**San Francisco, CA 94103**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.174**

**Nonpriority creditor's name and mailing address**

**Universal Music**

**2220 Colorado Ave**

**Santa Monica, CA 90404**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  License

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.175**

**Nonpriority creditor's name and mailing address**

**US Air Purifies LLC**

**5221 Castleberry Dr**

**Peoria, IL 61615**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>Additional Page</td></tr>
</table>

---

**3.176** | **Nonpriority creditor's name and mailing address**
USCutter

17945 NE 65th St #200

Redmond, WA 98052

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.177** | **Nonpriority creditor's name and mailing address**
Valco Valley Tool & Die, Inc.

10020 York-Theta Dr

North Royalton, OH 44133

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.178** | **Nonpriority creditor's name and mailing address**
Valley Tool and Die

1555 Brooklyn St

Eugene, OR 97403

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.179** | **Nonpriority creditor's name and mailing address**
Walsh & Albert Co

19300 Oil Center Blvd

Houston, TX 77073

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.180** | **Nonpriority creditor's name and mailing address**
WarehouseRacks.com

3550 N Interstate 35

San Antonio, TX 78219

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | deeproot Tech, LLC | Case number *(if known)* | 21-51520 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.181** | **Nonpriority creditor's name and mailing address**

Warner Brothers

Attn: VP Bus & Legal
Bldg 118, 5th Flr

4000 Warner Blvd

Burbank, CA 91522

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** License

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

---

**3.182** | **Nonpriority creditor's name and mailing address**

Wells Fargo

420 Montgomery Street

San Francisco, CA 94104

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** overdrawn account

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

---

**3.183** | **Nonpriority creditor's name and mailing address**

Westbrook Metals, Inc.

907 Eddie Rd

San Antonio, TX 78219

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

---

**3.184** | **Nonpriority creditor's name and mailing address**

Wiha Tools

1348 Dundas Circle

Monticello, MN 55362

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

---

**3.185** | **Nonpriority creditor's name and mailing address**

Williams Crow Mask, LLP

1100 NE Interstate 410 Loop 350

San Antonio, TX 78209

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;">**Part 2:**</div> Additional Page

---

**3.186** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
*Check all that apply.*

Wired4Signs USA, LLC

7669 Clinton Hwy

Powell, TN 37849

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.187** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
*Check all that apply.*

Woodcraft

13719 San Pedro Ave

San Antonio, TX 78232

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.188** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
*Check all that apply.*

Woodland Power Products

72 Acton St

West Haven, CT 06516

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| Debtor | **deeproot Tech, LLC** | Case number *(if known)* | **21-51520** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 4:**</td><td>Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $73,129.37 |
| 5b. | **Total claims from Part 2** | 5b. | + $1,136,382.51 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,209,511.88 |

| Fill in this information to identify the case: |
|---|
| Debtor name              deeproot Tech, LLC |
| United States Bankruptcy Court for the: <br>             Western District of Texas |
| Case number (if known):     21-51520      Chapter    7 |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.2**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.3**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.4**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.5**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |

| Fill in this information to identify the case: |
| :--- |

| Debtor name | deeproot Tech, LLC |
| :--- | :--- |
| United States Bankruptcy Court for the: | |
| | Western District of Texas |
| Case number (if known): | 21-51520 |

☐ Check if this is an
amended filing

# Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| :--- | :--- | :--- | :--- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City _____ State ___ ZIP Code ___ | | |
| 2.2 _____ | Street _____<br>_____<br>City _____ State ___ ZIP Code ___ | | |
| 2.3 _____ | Street _____<br>_____<br>City _____ State ___ ZIP Code ___ | | |
| 2.4 _____ | Street _____<br>_____<br>City _____ State ___ ZIP Code ___ | | |
| 2.5 _____ | Street _____<br>_____<br>City _____ State ___ ZIP Code ___ | | |

| Debtor | deeproot Tech, LLC | | Case number *(if known)* | 21-51520 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | _____<br>Street<br><br>_____<br><br>_____<br>City            State        ZIP Code | | |

| Fill in this information to identify the case: |
| --- |

| Debtor name | deeproot Tech, LLC |
| --- | --- |

United States Bankruptcy Court for the:

Western District of Texas

| Case number (if known): | 21-51520 | Chapter | 7 |
| --- | --- | --- | --- |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*...................................................................................................................
   $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................................
   $193,556.54

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................................................
   $193,556.54

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................
   $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................
   $73,129.37

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................
   **+** $1,136,382.51

4. **Total liabilities**.................................................................................................................................
   $1,209,511.88
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____deeproot Tech, LLC_____

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____21-51520_____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/13/2022__
          MM/ DD/ YYYY

**X** /s/ Robert J. Mueller
_____
Signature of individual signing on behalf of debtor

Robert J. Mueller
_____
Printed name

Manager
_____
Position or relationship to debtor

Official Form B202          Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: |  |
|---|---|
| Debtor name | deeproot Tech, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-51520 |

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $0.00 |
| **For prior year:** From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $108,336.04 |
| **For the year before that:** From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other | |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

Debtor 1 _____    Case number *(if known)* 21-51520
          First Name       Middle Name       Last Name

**Part 2:**  List Certain Transfers Made Before Filing for Bankruptcy

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  Gunn Lee Cave, PC<br>     Creditor's name<br><br>     8023 Vantage Drive 1500<br>     Street<br><br><br>     San Antonio, TX 78230<br>     City        State   ZIP Code | 11/19/2021 | $15,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

**4.**   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Policy Services, Inc.<br>     Creditor's name<br>     P.O. Box 691610<br>     Street<br><br><br>     San Antonio, TX 78269<br>     City        State   ZIP Code<br>     **Relationship to debtor** | 01/05/2021<br><br>01/12/2021 | $41,350.00 | |
| 4.2.  deeproot Studios LLC<br>     Creditor's name<br>     P.O. Box 691610<br>     Street<br><br><br>     San Antonio, TX 78269<br>     City        State   ZIP Code<br>     **Relationship to debtor** | 01/12/2021 | $80,250.00 | |

Debtor 1 _____  Case number *(if known)* 21-51520

First Name      Middle Name      Last Name

---

4.3.  Wizard Mode Media, LLc                02/02/2021          $42,431.89          Rent
Creditor's name
P.O. Box 691610                             03/05/2021
Street
                                           04/07/2021

San Antonio, TX 78269                      04/29/2021
City                State    ZIP Code

**Relationship to debtor**

---

4.4.  deeproot Funds LLC                    04/13/2021         $728,769.52
Creditor's name
P.O. Box 691610                             04/26/2021
Street
                                           04/27/2021

San Antonio, TX 78269                      01/20/2021
City                State    ZIP Code

**Relationship to debtor**                 02/29/2021

                                           05/06/2021

---

4.5.  deeproot Pinball LLC                  06/18/2021          $18,000.00
Creditor's name
P.O. Box 691610
Street

San Antonio, TX 78269
City                State    ZIP Code

**Relationship to debtor**

---

4.6.  deeproot Capital Management, LLC      02/02/2021          $69,419.63          Rent
Creditor's name
P.O. Box 691610                             03/05/2021
Street
                                           04/29/2021

San Antonio, TX 78269                      04/07/2021
City                State    ZIP Code

**Relationship to debtor**                 02/02/2021

                                           03/02/2021

                                           04/06/2021

                                           04/29/2021

---

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
| --- | --- | --- | --- |

---

Debtor 1 _____  Case number *(if known)* 21-51520

      First Name       Middle Name       Last Name

**5.1.** _____

    Creditor's name

    _____

    Street

    _____

    _____

    City       State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>_____<br>City  State  ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:** Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1.** In Depth Events, Inc. v. deeproot Tech, LLC<br><br>**Case number**<br>31-S-2000612 | | Bexar County Justice Court, Precinct 3<br>Name<br>320 Interpark Blvd<br>Street<br><br>San Antonio, TX 78216<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **7.2.** In Depth Events, Inc. v. deeproot Tech, LLC<br><br>**Case number**<br>2021-CV-02299 | | County Court at Law, 3, Bexar County, TX<br>Name<br>100 Dolorosa B.21<br>Street<br><br>San Antonio, TX 78205<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **7.3.** SEC v. Robert Mueller, et al.<br><br>**Case number**<br>5:21-cv-785 | | U.S. District Court, Western District of Texas<br>Name<br>655 E Cesar E Chavez Blvd<br>Street<br><br>San Antonio, TX 78206-1114<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1 _____
 First Name    Middle Name    Last Name

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | deeproot Tech, LLC v. G-Force Technical, Ltd. | | 225th Judicial District Court of Bexar County, TX | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | 100 Dolorosa | ☑ Concluded |
| | **Case number** | | Street | |
| | 2019-CI-122367 | | San Antonio, TX 78205 | |
| | | | City          State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City          State    ZIP Code | | |
| | | **Date of order or assignment** | City          State    ZIP Code |

---

**Part 4:** Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

---

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor 1 _____
     First Name     Middle Name     Last Name
                                        Case number *(if known)* 21-51520

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Wick Phillips Gould & Martin, LLP | Legal Counsel for Bankruptcy Options/Advice | 08/19/2021 | $4,545.45 |
| | **Address** | | | |
| | 3131 McKinney Ave. Suite 500<br>Street | | | |
| | Dallas, TX 75204<br>City     State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Davis & Santos PLLC IOLTA account | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Wick Phillips Gould & Martin, LLP | Bankruptcy Counsel | 12/09/2021 | $5,454.54 |
| | **Address** | | | |
| | 3131 McKinney Ave. Suite 500<br>Street | | | |
| | Dallas, TX 75204<br>City     State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | deeproot Funds, LLC & deeproot Tech, LLC | | | |

Debtor 1 _____
          First Name        Middle Name        Last Name

Case number *(if known)* 21-51520

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Trustee** | | | |
| | _____ | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State      ZIP Code | |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **7**

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City          State     ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.1   Wells Fargo         XXXX– 6 _ 5 _ 7 _ 5    ☑Checking        _____    ($10.00) _____
Name
     ☐ Savings
     P. O. Box 6995
Street                        ☐ Money market
     ☐ Brokerage
     Portland, OR 97228          ☐ Other
City         State    ZIP Code

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | **Address** | | |
| City    State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | **Address** | | |
| City    State    ZIP Code | | | |

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| City    State    ZIP Code | | | |

Debtor 1 _____     Case number *(if known)* 21-51520
      First Name     Middle Name     Last Name

| **Part 12:** | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City    State   ZIP Code | | |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

Debtor 1 _____
       First Name         Middle Name        Last Name

Case number *(if known)* 21-51520

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. deeproot Pinball<br>Name<br><br>12621 Silicon Dr.<br>Street<br><br>San Antonio, TX 78249<br>City    State   ZIP Code | | EIN: 4 7 – 4 0 1 0 3 2 0<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Charlotte Acker<br>Name<br><br>2313 Brittany Grace<br>Street<br><br>New Braunfels, TX 78130<br>City    State   ZIP Code | From _____ To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City    State   ZIP Code | From _____ To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Mueller, Robert J.<br>Name<br><br>P.O. Box 690562<br>Street<br><br>San Antonio, TX 78269<br>City    State   ZIP Code | _____<br>_____<br>_____<br>_____ |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

GOOGLE ATTN: GSUITE
Name _____

1600 Amphitheatre Parkwa
Street _____

Mountain View, CA 94043
City      State      ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.3.

Silicon Drive Office Venture, LLC
Name _____

Street _____

City      State      ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.4.

CVH University Park, L.P.
Name _____

Street _____

City      State      ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.5.

Trapp Technology
Name _____

2600 N Central Ave
Street _____

Phoenix, AZ 85004
City      State      ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

Name _____

Street _____

City      State      ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor 1 _____ 21-51520-mmp  Doc#25  Filed 01/13/22  Entered 01/13/22 18:50:16  Main Document  Pg 93 of 94

First Name          Middle Name          Last Name                    Case number *(if known)* 21-51520

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.1. _____

Name

_____

Street

_____

City                          State          ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mueller, Robert J. | P.O. Box 690562 San Antonio, TX 78269 | Manager, | 100.00 % |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____<br>To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |

Name

_____

Street

_____

City                          State          ZIP Code

| Relationship to debtor | |
|---|---|

_____

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Policy Services, Inc. | EIN: 9 0 – 0 8 5 2 6 8 4 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      01/13/2022
            MM/  DD/  YYYY

**X** /s/ Robert J. Mueller               Printed name          Robert J. Mueller
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor       Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes