Lawson Horner
3700 E. Williams Field RD #1096
Gilbert, AZ 85295

**FILED**

FEB 2 2 2022

Barry D. Knight
Clerk of Court, Room 597
U S Bankruptcy Court
615 E. Houston Street
San Antonio, TX 78205

**U.S. BANKRUPTCY COURT**
BY _____ DEPUTY

Feb. 8, 2022

RE: Address Change

Dear Mr. Knight

I am a party/claimant to the:

Policy Services, Inc  Bankruptcy Case: 21-51513-mmp.
Wizard Mode Media, LLC Bankruptcy Case: 21-51514-mmp.
deeproot Pinball, LLC Bankruptcy Case: 21-51515-mmp.
deeproot Growth Runs Deep Fund, LLC  Bankruptcy Case: 21-51516-mmp.
deeproot 575 Fund, LLC  Bankruptcy Case: 21-51517-mmp.
deeproot 3 Year Bonus Income Fund, LLC   Bankruptcy Case: 21-51518-mmp.
deeproot BonusGrowth 5 Year Debenture FRund, LLC Bankruptcy Case: 21-51519-mmp.
deeproot Tech, LLC    Bankruptcy Case: 21-51520-mmp.
deeproot Funds, LLC Bankruptcy Case: 21-51521-mmp.
deeproot Studios, LLC, Inc  Bankruptcy Case: 21-51522-mmp.
deeproot Capital Management, LLC  Bankruptcy Case: 21-51523-mmp.

I have moved to a new address.  Trustee Pat Lowe, esq., has been notified of the address change and suggested that I reach out to you regarding the change of address. Info as follows:

Lawson C. Horner III
3700 E. Williams Field #1096
Gilbert AZ, 85925

My former address was

Lawson C. Horner III
3026 S. Lookout Ridge
Gold Canyon, AZ 85118

Please update your records to reflect this change, and thank you for your help.

Sincerely

*[signature]*
Lawson Horner
925-324-0310
lhorner@lch3.com